# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**
Vs.
**Jesus Blanco**
**Melissa Long**

**CRIMINAL COMPLAINT**

Case Number: 2:21-mj-1288

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __October 17, 2021__ in __Kenedy__ County, in the
(Date)
Southern District of Texas, defendant, **Jesus Blanco**
**Melissa Long**

each aiding, abetting and assisting one another, did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title __8__ United States Code, Section(s) __1324__.
I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the
Official Title
following facts:

See Attached Affidavit of U.S. Border Patrol Agent  **Adam S. Nichols**

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Signature of Complainant
**Adam S. Nichols**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

October 18, 2021
Date

at   Corpus Christi, Texas
City and State

**Mitchel Neurock U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On October 17, 2021, at approximately 9:40 a.m., a white Chevrolet Malibu approached the primary inspection lane of the United States Border Patrol Immigration Checkpoint near Sarita, Texas. The primary agent greeted and began his immigration inspection of the driver, later identified as Jesus Blanco. Blanco stated he is a United States citizen. The primary agent asked Blanco for a form of identification. Blanco provided an identification card from Georgia. During the immigration inspection, the primary agent was notified by the canine handler that his canine partner was alerting to the vehicle. Blanco was asked to open the trunk so the canine team could perform a search of the trunk. Upon opening the trunk, it was observed to be full of various items. Blanco was referred to secondary inspection for a more thorough search of the vehicle.

In the secondary inspection area, Blanco was removed from the vehicle while it was being searched. A Border Patrol Agent began to search the vehicle and discovered a closed black duffle bag under miscellaneous items. The bag was opened, and a person was discovered concealed inside. The person was removed and questioned. He was identified as Miguel Vega-Garcia, a citizen of Mexico illegally present in the United States. Blanco and Vega were placed under arrest and escorted into the checkpoint for further investigation.

At approximately 9:45 a.m., a white Volkswagen Jetta approached the primary inspection area at the Sarita Checkpoint. The driver, later identified as Melissa Long, was questioned to her immigration status. Long stated she was a United States citizen. The primary agent was notified by the canine handler that his canine partner was alerting to the vehicle. Long was asked to open the trunk at the primary inspection area. Agents observed the trunk full of various items and referred Long to the secondary inspection area for a more thorough search of the vehicle. A black duffle bag was discovered within the trunk under miscellaneous items. The duffle bag was opened, and a person was discovered concealed inside. The person was removed and questioned. He was identified as Roberto Lorenzo-Sanchez, a citizen of Mexico illegally present in the United States. Long and Lorenzo were placed under arrest and escorted into the checkpoint for further investigation.

While inside the checkpoint, Blanco made an excited utterance to the agents inside. Blanco stated he would take responsibility for the bodies that were found in the cars.

During the investigation, it was determined Long is the registered owner of both vehicles. A photo of Blanco and Long together was found on the dashboard of the Jetta.

All individuals were read their Miranda Rights in their preferred language and signed stating they understood their rights. All individuals were unwilling to provide a statement to agents without an attorney present.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney Office who accepted Jesus Blanco and Melissa Long for prosecution of 8 USC 1324, Alien Smuggling. Miguel Vega-Garcia and Roberto Lorenzo-Sanchez will be held as material witnesses.

Adam S. Nichols
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day October 18, 2021.

Mitchel Neurock
United States Magistrate Judge